IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00620-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

KENNETH-WILLIAM LEWIS,

    Plaintiff,

v.

KENNETH WILLIAM LEWIS, et al.,

    Defendant(s).

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Kenneth-William Lewis, is a resident of Colorado Spring, Colorado.  He initiated this action on March 16, 2016 by filing *pro se* a "Notice of and Bill of Demand for Declaratory Relief and Preliminary Injunction by Special Term" (ECF No. 1) and a "Declaration by Affidavit for Waiver of Court Fees" (ECF No. 3).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4) __  is missing certificate showing current balance in prison account
(5) __  is missing required financial information
(6) __  is missing authorization to calculate and disburse filing fee payments
(7) __  is missing an original signature by the prisoner
(8) _X_ is not on proper form.  <u>Plaintiff must use the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)</u>
(9) __  names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_ other:  <u>In the alternative, Plaintiff may pay the $400.00 filing fee.</u>

**Complaint, Petition or Application**:
(11) __  is not submitted
(12) _X_ is not on proper Court-approved form
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos.
(15) __  uses et al. instead of listing all parties in caption
(16) __  names in caption do not match names in text
(17) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __  other<u>:).</u>

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the proper Court-approved Complaint form and Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at [www.cod.uscourts.gov](www.cod.uscourts.gov).  Plaintiff must use the Court-approved forms when curing the deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED March 17, 2016, at Denver, Colorado.

                                      BY THE COURT:

                                      _s/ Gordon P. Gallagher_
                                      United States Magistrate Judge